Filed 9/1/21

# IN THE SUPREME COURT OF CALIFORNIA

In re JACK WAYNE FRIEND

on Habeas Corpus.

S256914

First Appellate District, Division Three
A155955

Alameda County Superior Court
81254A

_____

**ORDER MODIFYING OPINION**

THE COURT:

The majority opinion in this case, filed on June 28, 2021, and appearing at 11 Cal.5th 720, is modified as follows:

On page 743, in the first sentence of the second full paragraph, the phrase "the statute" is replaced with "section 1509(d)," so that the sentence reads:

> Applying these principles, we conclude that when section 1509(d) is applied to a post-Proposition 66 petition subsequent to an initial pre-Proposition 66, post-*Clark* petition, section 1509(d) is not operating retroactively.

1

On page 743, in the third sentence of the second full paragraph, the phrase "This provision of" is added at the beginning of the sentence, so that the sentence begins:

> This provision of Proposition 66 underscores the importance of presenting available claims in the first petition . . . .

This modification does not affect the judgment.